UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| Chambers of | Martin Luther King Jr. Federal |
|---|---|
| André M. Espinosa | Bldg. & U.S. Courthouse |
| United States Magistrate Judge | 50 Walnut Street, Room 2037 |
| | Newark, NJ 07102 |
| | (973) 645-3827 |

February 19, 2025

To:    Abrahim Fata, Pro Se
193200
Lehigh County Jail
38 North 4th Street
Allentown, Pennsylvania 18102

All counsel of record

### LETTER OPINION AND ORDER

RE:    **Abrahim Fata v. Bayonne New Jersey Board of Education, et al.
Civil Action No. 24-9258 (CCC)(AME)**

Dear Litigants:

The Court has reviewed the November 13, 2024 letter filed by Plaintiff pro se Abrahim Fata ("Plaintiff"), entitled "Motion to Commence" [D.E. 9]; as well as Plaintiff's December 17, 2024 letter, entitled "Notice to Produce Documents" [D.E. 10]; Plaintiff's December 26, 2024 letter, requesting production of documents and the status of various cases he has filed [D.E. 11]; Plaintiff's December 31, 2024 letter, entitled "Motion to Compel Discovery Response" [D.E. 12]; and Plaintiff's January 12, 2025 request for summons [D.E. 13].

By way of background, the Court received the Complaint on or about September 17, 2024. [D.E. 1]. The Court received Plaintiff's application to proceed *in forma pauperis* on or around October 29, 2024. [D.E. 8]. That motion remains pending.

For various reasons, Plaintiff's discovery-related requests, request to commence proceedings, and request for summons must be **DENIED** as premature. At a minimum, the Court must first decide whether to grant Plaintiff's *in forma pauperis* application before the case, summons, or any discovery may proceed. Then, even if such request to proceed *in forma pauperis* is granted pursuant to 28 U.S.C. § 1915, the Court must still screen the Complaint before the case

1

may move forward. *See, e.g., Watson v. Berryhill*, No. 18-01019, 2018 WL 4016300, at *1 (D. Nev. Aug. 21, 2018) (explaining that "[a]fter granting a request to proceed IFP pursuant to § 1915, federal courts must screen a complaint and any amended complaints before allowing a case to move forward, issuing summonses, and requiring a responsive pleading.").

Accordingly, for these reasons, it is hereby **ORDERED** that Plaintiff's various discovery-related requests, request for summons, and request to commence are **DENIED** without prejudice.

The Clerk of Court is directed to send a copy of this Order to Plaintiff at his address of record.

**IT IS SO ORDERED.**

 */s/ André M. Espinosa*
**ANDRÉ M. ESPINOSA**
**UNITED STATES MAGISTRATE JUDGE**